# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MELISSA DAVIS**                                                                                              **PLAINTIFF**

**VS.**                                              **3:21-CV-00096-BRW**

**UNITED STATES OF AMERICA**                                                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, judgment is entered for Defendant. This case is DISMISSED.

IT IS SO ORDERED this 1st day of April, 2022.

                                                                                              BILLY ROY WILSON
                                                               UNITED STATES DISTRICT JUDGE